ALMA CLELLAND, *Appellee*, v. ALBERT CLELLAND,
*Appellant.*

No. 18,055.

Appeal from Finney district court. Opinion filed
April 12, 1913. Affirmed.

*Cyrus S. Bowman, Harry C. Bowman,* and *Lawrence
C. Kelley,* all of Newton, for the appellant.

*F. Dumont Smith, Eustace D. Smith,* both of Hutchinson, and *Fred J. Evans,* of Garden City, for the appellee.

*Per Curiam:* The appeal is subject to dismissal because the appellant has failed to comply with an order of this court to pay the appellee a sum of money to enable her to present her side of the controversy. Some affidavits are filed for the appellant, attempting to excuse his default, but he withholds any statement of his own respecting his ability to comply with the order. However, the court has investigated the merits of the appeal and finds that none of the assignments of error is well taken. Consequently, the judgment of the district court is affirmed.

---

ALMIRA C. PHILLIPS, *Appellee*, v. L. C. CARPENTER et al.
(L. C. CARPENTER, *Appellant*).

No. 18,070.

Appeal from Sedgwick district court, division No. 2.
Opinion filed April 12, 1913. Affirmed.

*David Smyth,* and *J. W. Smyth,* both of Wichita, for the appellant.

*Earl Blake, W. A. Ayres,* and *C. A. McCorkle,* all of Wichita, for the appellee; *J. J. Cavanaugh,* of Paw Paw, Mich., of counsel.

*Per Curiam:* The only question presented for consideration is whether or not the plaintiff established a completed gift to her from her husband of the property in controversy. The evidence was ample to sustain the verdict and the judgment of the district court is affirmed.